UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

## JS - 6

| Case No. | CV 08-8503 DSF (RZx) | Date | 1/12/09 |
|---|---|---|---|
| Title | KGV Easy Leasing, Inc. v. NHIC Corporation, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order Remanding Action to State Court


   For the reasons cited in the Court's Order dated January 7, 2009 in Case No. CV 08-07899 DSF (JTLx), the Court REMANDS this action to the Superior Court of California, County of Los Angeles.


   IT IS SO ORDERED.